UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Garden City Boxing Club

      Plaintiff(s)

      v.

Puebla Mexico Restaurant, et al.

      Defendants(s)
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

04 CV 318 (SCR)(MDF)

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

 If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

X Inquest After Default/Damages Hearing

\_\_\_ For jury selection

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

\* Do not check if already referred for general pretrial.

DATED:  White Plains, New York

9/10/07

**SO ORDERED.**

*Stephen C. Robinson*
United States District Judge
Stephen C. Robinson

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:*