```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          Case No. 04-CV-318
_____
GARDEN CITY BOXING CLUB

        Plaintiff

        against

PUEBLA MEXICO RESTAURANT
and JESUS NAVARRO
                                       NOTICE OF DISCONTINUANCE
        Defendant
_____
```

**PLEASE TAKE NOTICE**, that the plaintiff in the above entitled action through their attorney, do hereby discontinue this matter without prejudice and without costs to either party as against the other.  This notice may be filed without further notice with the Clerk of the Court.


Dated: <u>October 2, 2007</u>

/s/ Paul J. Hooten
Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY  11766
(631) 331-0547


**SO ORDERED:** New York, NY
                              , 2007


_____
John E. Sprizzo
United Stated District Court Judge