UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          Case No. 04-CV-318

---

GARDEN CITY BOXING CLUB

    Plaintiff

    against

PUEBLA MEXICO RESTAURANT
and JESUS NAVARRO

                               **NOTICE OF DISCONTINUANCE**

    Defendant

---

    **PLEASE TAKE NOTICE**, that the plaintiff in the above entitled action through their attorney, do hereby discontinue this matter without prejudice and without costs to either party as against the other. This notice may be filed without further notice with the Clerk of the Court.

Dated: October 2, 2007

                                        Paul J. Hooten, Esq.
                                        Attorney for Plaintiff
                                        5505 Nesconset Highway
                                        Mt. Sinai, NY  11766
                                        (631) 331-0547

**SO ORDERED**: New York, NY, ~~2007~~ 10/5/07

_____
~~John~~ ~~zo~~  MAGISTRATE
United States ~~District Court~~ Judge

MARK D. FOX
United States Magistrate Judge
Southern District of New York